# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHIMAKO YOKOZEKI,<br><br>           Plaintiff,<br>v.<br><br>ALAN H.L. CARR-LOCKE,<br><br>           Defendant. | Civil Action No.: 13-12587-DPW |

ORDER IMPOSING A CONSTRUCTIVE TRUST IN SIX MOTOR VEHICLES
AND REQUIRING RAGNHILD HOVLUND TO DELIVER TITLES OF THE
MOTOR VEHICLES TO THE JUDGMENT CREDITOR

Upon consideration of Shimako Yokozeki's ("Ms. Yokozeki") Motion for an Order Imposing a Constructive Trust in Six (6) Motor Vehicles of Alan H.L. Carr-Locke (the "Judgment Debtor") and Requiring Ragnhild Hovlund to Deliver the Titles of the Motor Vehicles to Shimako Yokozeki, and any response(s) to the Motion, after due and proper notice of the motion was given and a hearing was held on the Motion, it is ORDERED that:

    1.    The Motion is GRANTED.

    2.    A constructive trust is hereby imposed, establishing that the true owner of the following six (6) vehicles is Alan H.L. Carr-Locke, the Judgment Debtor: (1) the 1991 Mercedes TE Wagon; (2) the 1977 Mercedes 450 SEL; (3) the 1991 Jaguar XJS; (4) the 1991 Mercedes 420 SEL; (5) the 2001 Mercedes S430; and (6) the 1974 Jaguar KE "Roadster" (the Judgment Debtor Cars").

    3.    Ragnhild Hovlund is hereby ordered to sign the original titles to all of the vehicles listed in paragraph 2, in blank, and to deliver them to The Gordon Law Firm LLC, for

3

the benefit of Ms. Yokozeki in partial satisfaction of the Final Judgment entered in this case on July 24, 2015.

4.      After the Judgment Debtor Cars have been sold, Ms. Yokozeki shall notify the Judgment Debtor of the net amount received after the costs of sale, which shall be applied in reduction of the amount owed by the Judgment Debtor to Ms. Yokozeki.

BY THE COURT:

**Marianne B. Bowler**
United States Magistrate Judge

P:\Clients-GLF\Yokozeki re Carr-Locke\Plead\Proposed Order - Constructive Trust  Delivery Car Titles.docx